UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DANA BERKLEY, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

AIR VOICE WIRELESS, LLC D/B/A AIRTALK WIRELESS,

    *Defendant*.
_____/

Case No. 1:24-cv-01004

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Dana Berkley, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Dana Berkley, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: October 25, 2024

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
NY Bar No. 5195185
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated:  __10/29/2024__
      Albany, NY